**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Reginald Jerome STOWE, Defendant—**
**Appellant.**

**No. 09–7492.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2009.

Decided: Oct. 7, 2009.

Reginald Jerome Stowe, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Jerome Stowe appeals the district court's orders denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006), and his post-judgment motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Stowe,* No. 3:96–cr–00046–FDW–1 (W.D.N.C. July 21 & 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*